UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rebekah Armstrong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12097-DRH |
| *Chazmyn Booker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10222-DRH |
| *Tina Diello v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12472-DRH |
| *Kimberly Ferreira, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11737-DRH |
| *Cheryl Knight, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12128-DRH |
| *Kieva Loftis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10448-DRH |
| *Heather Paton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13720-DRH |
| *Barbara Strong, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12157-DRH |
| *Adriana Sweet v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10522-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 22, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** August 25, 2014

Digitally signed by David R. Herndon
Date: 2014.08.25 09:35:20 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2